(INND Rev. 8/16)

**‑ FILED ‑**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

MAR 13 2018

~~~~~~~~~~~~~~~ M
~~~~~~~ PREVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

*[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]*

Herman Smith
_____,
*[You are the PLAINTIFF, print your full name on this line.]*

v.

Environmental Restoration LLC
_____,
*[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]*

**2  18CV  98**

Case Number _____
*[For a new case in this court, leave blank.
The court will assign a case number.]*

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | *[Put the defendant named in the caption in this box.]* <br><br> Environmental Restoration LLC | 1666 Fabick Dr. <br> Fenton, MO, 63026 |
| 2 | *[Put the names of any other defendants in these boxes.]* | |
| 3 | | |

*[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]*

1. How many defendants are you suing? _____

2. What is your address? P.O. Box 4950 Chicago IL 60680

_____

3. What is your telephone number: (872) 212-7763

4. Have you ever sued anyone for these exact same claims?

☑ No.

◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court,
   case number, file date, judgment date, and result of the previous case(s).

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

(INND Rev. 8/16)                                                                         page 2

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. ~~See attached (...)~~

Defendant, Environmental Restoration LLC violated my Constitutional rights under 28 U.S.C 41 and 43, when I was discriminated against with unwarranted treatment and disciplinary action, then wrongfully terminated from that employment for requesting that the discipline be rescinded on the incident investigated. Jury demanded

Incident occurred in East Chicago Indiana

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

(INND Rev. 8/16)                                                      page 3

Claims and Facts (continued)

_____

_____

_____

_____

_____

_____

**PRIOR LAWSUITS** – Have you ever sued anyone for this exact same event?

⊘ No.

◯ Yes, attached is a copy of the final judgment **OR** an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

**RELIEF** – If you win this case, what do you want the court to order the defendant to do?

*Compensation in the amount of 2 years wages*

_____

_____

_____

**FILING FEE** – Are you paying the filing fee?

◯ Yes, I am paying the $400.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

⊘ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

HS    I will keep a copy of this complaint for my records.

HS    I will promptly notify the court of any change of address.

HS    I declare **under penalty of perjury** that the statements in this complaint are true.

_____    3/13/2018_____
Signature                                                              Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]